NAOMI JANE GRAY (SBN 230171)
ngray@harveysiskind.com
SETH I. APPEL (SBN 233421)
HARVEY SISKIND LLP
sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Plaintiff
TWENTIETH CENTURY FOX FILM
CORPORATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RENEGADE CLASSICS, a California corporation, KENTON MORTIMER, an individual, CORY MILLER, an individual d/b/a RENEGADE CLASSICS RIVERSIDE, and ROXANE MILLER, an individual d/b/a RENEGADE CLASSICS RIVERSIDE,<br><br>Defendants. | Case No. CV-10-8565 SVW (SSx)<br><br>[PROPOSED] PERMANENT INJUNCTION AND ORDER DISMISSING ACTION |

On November 10, 2010, Twentieth Century Fox Film Corporation ("Fox") filed its Complaint against Renegade Classics, Inc. ("Renegade"), Kenton Mortimer ("Mortimer"), Cory Miller and Roxane Miller. On December 2, 2010, Cory Miller and

Roxane Miller filed their Answer to Complaint, and on December 30, 2010, Renegade and Mortimer filed their Answer to Complaint for Damages and Injunctive Relief. In order to reduce the time and expense of litigation, the above-referenced parties have agreed to have the Court enter this Permanent Injunction ("Permanent Injunction") and to dismiss the action. Therefore, IT IS HEREBY ORDERED AS FOLLOWS:

## FINDINGS

1. This Court has jurisdiction of the subject matter of this action pursuant to §§ 1331, 1338 and 1367. This Court has personal jurisdiction over Defendants.

2. Venue in this District is proper as to all parties.

3. The Complaint states a claim upon which relief may be granted against Defendants under 17 U.S.C. §§ 101 *et seq.*, 15 U.S.C. § 1114, 15 U.S.C. § 1125(A), Cal. Bus. & Prof. Code § 17200, and under the common law.

4. Defendants have entered into this Permanent Injunction freely and without coercion. The individual Defendants, and Mortimer as an officer of Defendant Renegade, acknowledge by submitting the Stipulated Permanent Injunction and Stipulation Dismissing Action that they have read the provisions of same and the provisions of this Order and are prepared to abide by them.

5. Defendants hereby waive all rights to appeal or otherwise challenge or contest the validity of this Order.

## ORDER

6. Defendants are permanently restrained and enjoined from:

    a. Manufacturing, reproducing, displaying, distributing, advertising, selling, attempting to sell, making derivative works based upon, or using in any way any copyrighted or copyrightable material from the television series "Sons of Anarchy"; and

    b. Using the SONS OF ANARCHY trademark, or any confusingly similar mark, in connection with the advertising, offering or sale of any goods or services.

7.  If any Defendant violates this Permanent Injunction, that Defendant shall pay to Fox $50,000 liquidated damages per each Fox work infringed. The Parties agree that the liquidated damages set forth in this Paragraph are a reasonable estimate of the damages that Fox would incur from the breach of the Stipulated Injunction arising from the violation of Fox's intellectual property.

8.  This Permanent Injunction shall bind Defendants, their successors, assigns, directors, officers, shareholders, partners, agents, attorneys, members and employees, and all those in active concert or participation with any of them who receive actual notice of this Permanent Injunction. Defendants shall provide a copy of this Permanent Injunction to each of their respective directors, officers, shareholders, partners, agents, attorneys, members and employees.

9.  The action shall be dismissed with prejudice and without costs or attorneys' fees to either party.

IT IS SO ORDERED.

Dated: 7/7/11

Hon. Stephen V. Wilson
United States District Judge